UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ALVOTECH USA INC. and ALVOTECH HF,

    Plaintiffs,

v.    Civil Action No. 2:21cv265

ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD,

    Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record. Enter my appearance as counsel in this case for Defendants, AbbVie Inc. and AbbVie Biotechnology Ltd.

Dated this 28th day of May 2021.

    ABBVIE INC.
    ABBVIE BIOTECHNOLOGY LTD

    /s/ *Jennifer L. Eaton*
        Of Counsel

Richard H. Ottinger (VSB # 38842)
Dustin M. Paul (VSB # 75287)
Jennifer L. Eaton (VSB # 87491)
Vandeventer Black LLP
101 W. Main Street
500 World Trade Center
Norfolk, VA 23510
Telephone:    757-446-8600
Facsimile: 757-446-8670
rottinger@vanblacklaw.com
dpaul@vanblacklaw.com
jeaton@vanblacklaw.com
*Counsel for AbbVie Inc. and AbbVie Biotechnology Ltd.*

4822-4445-1564, v. 1