**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |
|---|---|
| ALVOTECH USA INC. and ALVOTECH HF., Plaintiffs, v. ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD, Defendants. | C.A. No. 2:21-cv-265-RAJ-DEM |

**<u>CONSENT MOTION AND MEMORANDUM IN SUPPORT FOR LEAVE TO FILE
AMENDED MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER</u>**

NOW COME the parties, by counsel, and for this consent motion for Defendants AbbVie

Inc. and AbbVie Biotechnology Ltd, to amend their Memorandum in Support of Motion to

Dismiss or, in the Alternative, to Transfer (Dkt. No. 33) pursuant to Federal Rule of Civil

Procedure 15(a)(2), state as follows:

1.      On June 2, 2021, Defendants filed their Memorandum in Support of Motion to

Dismiss, or in the Alternative, to Transfer (Dkt. No. 33) ("Memorandum").

2.      Defendants subsequently determined that Section 2(b) of the Memorandum

contained incorrect witness information.

3.      Defendants seek through this consent motion to amend their Memorandum to

correct the witness information, by removing the names of three potential witnesses on page 23

of the Memorandum.  No further amendments are proposed.

4.      Plaintiffs consent to the filing of an amended memorandum ("Amended

Memorandum").

5.      A copy of the Amended Memorandum is attached hereto as Exhibit 1.

6.      Pursuant to Federal Rule of Civil Procedure 15(a)(2), "[A] party may amend its

pleading … with the opposing party's written consent[.]" As this court has explained, the filing

of a consent motion reflecting the parties' consent to the motion is sufficient on its own to permit

the filing of the amended pleading.  *Winingear v. City of Norfolk*, 2014 U.S. Dist. LEXIS

184725, at *11 (E.D. Va. Feb. 3, 2014) (Morgan, J.) ("The Joint Amendment Motion constituted

sufficient written consent to permit the filing of the Amended Memorandum.")

WHEREFORE for the foregoing reasons the parties request the Court grant this Motion,

enter the attached proposed Agreed Order to File the Amended Memorandum, and thereby

accept the filing of the Amended Memorandum.

Dated: June 10, 2021

ABBVIE INC.
AND ABBVIE BIOTECHNOLOGY LTD

*/s/ Richard H. Ottinger*
Richard Ottinger (VSB #38842)
Dustin M. Paul (VSB # 75287)
Jennifer L. Eaton (VSB #87491)
Vandeventer Black LLP
101 W. Main Street
500 World Trade Center
Norfolk, VA 23510
Telephone: (757) 446-8673
Facsimile: (757) 446-8670
rottinger@vanblacklaw.com
dpaul@vanblacklaw.com
jeaton@vanblacklaw.com
  *Attorneys for AbbVie Inc., and AbbVie*
  *Biotechnology Ltd*

OF COUNSEL:

Michael A. Morin (admitted *pro hac vice*)
David P. Frazier (admitted *pro hac vice*)
Tara Elliott (admitted *pro hac vice*)
michael.morin@lw.com
david.frazier@lw.com
tara.elliott@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Herman H. Yue (admitted *pro hac vice*)
herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

William B. Raich (admitted *pro hac vice*)
Charles T. Collins-Chase (admitted *pro hac vice*)
Kassandra M. Officer (admitted *pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
kassandra.officer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Oulu Wang (admitted *pro hac vice*)
lulu.wang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

4839-1646-6670, v. 1