IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ALVOTECH USA INC. and ALVOTECH HF., <br><br> Plaintiffs, <br><br> v. <br><br> ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD, <br><br> Defendants. | C.A. No. 2:21-cv-265-RAJ-DEM |

**AGREED ORDER**

This matter having been brought before the Court by the consent of the parties, and the Court being fulling apprised of the facts and law, IT IS HEREBY ORDERED under Fed. R. Civ. Proc. 15(a)(2) that the Consent Motion for Leave to File Amended Memorandum in Support of Their Motion to Dismiss, or in the Alternative, Transfer, appended as Exhibit 1 to the Motion, is GRANTED.  Defendants shall refile and the Amended Memorandum in Support of Motion to Dismiss, or in the Alternative, Transfer Venue attached to the Motion ws Exhibit 1 as a separate filing under CM/ECF within three days of the date of this Order.

Dated: _____

_____
DOUGLAS E. MILLER,
UNITED STATES MAGISTRTE JUDGE

Douglas E. Miller
2021.06.14 16:14:02
-04'00'