UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ALVOTECH USA INC. and ALVOTECH HF., <br><br> Plaintiffs, <br><br> v. <br><br> ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD., <br><br> Defendants. | Civil Action No. 2:21-cv-00265-RAJ-DEM |

## NOTICE OF HEARING REQUEST

Plaintiffs Alvotech USA Inc. ("Alvotech USA") and Alvotech hf. (collectively, "Alvotech") respectfully request that the Court schedule oral argument on Defendants' Motion to Dismiss or, In the Alternative, to Transfer [Dkt. 32].

Respectfully submitted,

Dated: June 17, 2021

By: /s/ *Ahmed J. Davis*
Ahmed J. Davis (Va. Bar No. 43982)
adavis@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Jonathan E. Singer
singer@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste 400
San Diego, CA 92130
Telephone:(858) 678-5634
Facsimile: (858) 678-5099

Martina T. Hufnal
hufnal@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 778-8471
Facsimile: (302) 652-0607

Philip A. Carmanica, Jr. (Va. Bar No. 51528)
Chief IP Counsel and Deputy General Counsel
Alvotech USA Inc.
1201 Wilson Blvd, Suite 2130
Arlington, VA 22209
Telephone: (703) 819-3765

*Counsel for Alvotech USA Inc. and Alvotech hf.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing NOTICE OF HEARING REQUEST has been filed with the Court's ECF systems, and thereby served on all parties and counsel designated to receive such notices, on June 17, 2021.

/s/ Ahmed J. Davis
Ahmed J. Davis (Va. Bar No. 43982)
adavis@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070