IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ALVOTECH USA INC. and<br>ALVOTECH HF.,<br>               Plaintiffs,<br><br>v.<br><br>ABBVIE INC. and ABBVIE<br>BIOTECHNOLOGY LTD,<br><br>               Defendants. | C.A. No. 2:21-cv-265-RAJ-DEM |

## DECLARATION OF HERMAN H. YUE IN SUPPORT OF DEFENDANTS' REPLY

I, Herman Yue, state and declare as follows:

1.      I am a member in good standing of the Bars of New York and Texas and an attorney at the law firm Latham & Watkins LLP, counsel of record for Defendants AbbVie Inc., and AbbVie Biotechnology Ltd ("AbbVie" or "Defendants") in the above captioned action. I make this declaration in support of Defendants' Reply in Support of Their Motion to Dismiss or, in the Alternative, to Transfer.

2.      I have personal knowledge of the facts stated herein, and, if called to testify as a witness, I could and would testify competently thereto.

3.      Attached hereto as **Exhibit 28** is a true and correct copy of a list of the six HUMIRA® (adalimumab) FDA-Approved Biosimilar Products as available at https://www.fda.gov/drugs/biosimilars/biosimilar-product-information.

4.      Attached hereto as **Exhibit 29** is a true and correct copy of a webpage from BR&R Biosimilars Review & Report with a table titled "Biosimilar Approval Status" as available at https://biosimilarsrr.com/us-biosimilar-filings/.

5.      Attached hereto as **Exhibit 30** is a true and correct copy of a press release titled, "Celltrion Healthcare Presents Positive One-Year Data for the First High-Concentration, Low-Volume and Citrate-Free Biosimilar Adalimumab, YuFlyma™ (CT-P17) in Patients With Rheumatoid Arthritis at EULAR 2021" dated June 1, 2021, as available at https://www.celltrionhealthcare.com/en-us/board/newsdetail?modify_key=491&pagenumber=1&keyword=&keyword_type=.htm.

6.      Attached hereto as **Exhibit 31** is a true and correct copy of Joseph McClellan's LinkedIn profile as available at https://www.linkedin.com/in/joseph-mcclellan-1918906/.

7.      Attached hereto as **Exhibit 32** is a true and correct copy of Joseph McClellan's profile page from Alvotech's website as available at https://www.alvotech.com/team/joseph-e-mcclellan.

I declare under penalty of perjury that to the best of my knowledge the foregoing statements are true and correct and that this declaration was executed this 22nd day of June, 2021 in New York, New York.

Herman H. Yue

2