IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ALVOTECH USA INC. and ALVOTECH HF., <br><br>           Plaintiffs, <br><br>    v. <br><br> ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD, <br><br>           Defendants. | C.A. No. 2:21-cv-265-RGD-DEM |

## **MOTION FOR WITHDRAWAL**

NOW COMES Jennifer L. Eaton, respectfully move to withdrawal as counsel of record for Defendants AbbVie Inc. and AbbVie Biotechnology Ltd ("AbbVie"), for the reasons set forth in the Memorandum in Support.

WHEREFORE, Jennifer L. Eaton for the reasons stated in the accompanying Memorandum in Support and for good cause shown, respectfully moves to withdraw as counsel for AbbVie in this action, that the Clerk's Office remove her name from the list of individuals who receive notices through the CM/ECF system for this case, and for such other and further relief as the Court finds appropriate.

Dated: September 24, 2021

Respectfully submitted,

BY: */s/ JENNIFER L. EATON*

Richard Ottinger (VSB #38842)
Dustin M. Paul (VSB # 75287)
Jennifer L. Eaton (VSB #87491)
Vandeventer Black LLP
101 W. Main Street, Ste. 500
Norfolk, VA 23510

Telephone: (757) 446-8673
Facsimile: (757) 446-8670
rottinger@vanblacklaw.com
dpaul@vanblacklaw.com
jeaton@vanblacklaw.com
*Attorneys for AbbVie Inc., and*
*AbbVie Biotechnology Ltd*

OF COUNSEL

Michael A. Morin (admitted *pro hac vice*)
David P. Frazier (admitted *pro hac vice*)
Tara Elliott (admitted *pro hac vice*)
michael.morin@lw.com
david.frazier@lw.com
tara.elliott@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Herman H. Yue (admitted *pro hac vice*)
herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

William B. Raich (admitted *pro hac vice*)
Charles T. Collins-Chase (admitted *pro hac vice*)
Kassandra M. Officer (admitted *pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
kassandra.officer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Oulu Wang (admitted *pro hac vice*)
lulu.wang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,

GARRETT & DUNNER, LLP
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

4831-5941-0940, v. 1